IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GWENDOLYN DOTSON                                               PLAINTIFF

v.                    Case No. 5:10-cv-230-DPM

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                 DEFENDANT

JUDGMENT

Dotson's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 August 2011